UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANET FLEGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 1:13-cv-00286-LJM-DML |
| vs. | ) |
| | ) |
| COMMUNITY HEALTH NETWORK | ) |
| INC., d/b/a COMMUNITY HOSPITAL | ) |
| EAST, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Janet Flegel, and Defendant, Community Health Network, Inc., d/b/a Community Hospital East, by their respective counsel, hereby stipulate to dismiss all claims in this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and attorneys' fees.

Date:  October 14, 2013

CHARLES D. HANKEY LAW OFFICE

By: s/ Ashley D. Marks (with consent)
 Ashley D. Marks, Esq.
 434 E. New York Street
 Indianapolis, IN 46202
 Telephone:  (317) 634-8565
 Facsimile:  (317) 634-6871
 adm@hankeylaw.com

Attorney for Janet Flegel

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ Ebony A. Reid
 Brandon M. Shelton, Esq.
 Ebony A. Reid, Esq.
 111 Monument Circle, Suite 4600
 Indianapolis, Indiana  46204
 Telephone:  (317) 916-1300
 Facsimile:  (317) 916-9076
 brandon.shelton@ogletreedeakins.com
 ebony.reid@ogletreedeakins.com

Attorneys for Community Health Network, Inc., d/b/a/ Community Hospital East

16043819.1